FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES B. PEWITT and ELIZABETH C. PEWITT, as a married couple and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK FORECLOSURE SERVICES OF WASHINGTON, INC., a Washington corporation; PEAK FORECLOSURE SERVICES, INC., a California corporation; and BANK OF NEW YORK MELLON CORPORATION, a Delaware corporation,<br><br>Defendants. | NO: 2:15-CV-173-RMP<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal, ECF No. 74. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal without prejudice of Plaintiffs' class action claims and with prejudice of Plaintiffs' individual claims, over which the Court exercises

ORDER OF DISMISSAL ~ 1

supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal, **ECF No. 74**, is **GRANTED**.
2. Plaintiff's Complaint is dismissed without prejudice, with respect to the class action claims, and with prejudice with respect to Plaintiff's individual claims, and without costs to any party.
3. Judgment shall be entered for Defendant accordingly.
4. All pending motions, if any, are **DENIED AS MOOT**.
5. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** September 4, 2018.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge