AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES B. PEWITT and ELIZABETH C. PEWITT,

*Plaintiff*

v.

PEAK FORECLOSURE SERVICES OF WASHINGTON, INC., PEAK FORECLOSURE SERVICES, INC., BANK OF NEW YORK MELLON CORPORATION,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 04, 2018**

SEAN F. McAVOY, CLERK

Civil Action No. 2:15-CV-173-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulated Motion for Dismissal (ECF No. 74) is GRANTED.
Plaintiff's Complaint is dismissed without prejudice, with respect to the class action claims, and with prejudice with respect to Plaintiff's individual claims, and without costs to any party.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for dismissal.

Date: 09/04/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez